# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

WADE WOLFE,

          Plaintiff,

    v.

STANISLAUS COUNTY, et al.,

          Defendants.

Case No. 1:18-cv-00570-BAM (PC)

ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL

(ECF No. 16)

Plaintiff Wade Wolfe ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action in the Sacramento division of the United States District Court for the Eastern District of California on April 23, 2018. (ECF No. 1.) This action was transferred to the Fresno division on April 26, 2018. (ECF No. 4.) Plaintiff's complaint has not yet been screened.

Currently before the Court is Plaintiff's second motion for appointment of counsel, filed May 29, 2018. (ECF No. 16.) As in his prior motion, Plaintiff claims that he has a disability covered under the Americans with Disabilities Act (ADA), specifically that he suffers from low cognitive function. He requests that the Court provide him with appointed counsel. (Id.)

It appears Plaintiff's motion crossed in the mail with the Court's May 30, 2018 order denying Plaintiff's prior motion for appointment of counsel, which was filed on May 24, 2018. As Plaintiff has raised no new grounds for the Court's consideration, Plaintiff's second motion for

appointment of counsel, (ECF No. 16), is DENIED, without prejudice, for the reasons discussed in the Court's May 30, 2018 order.

IT IS SO ORDERED.

Dated: __**May 31, 2018**__                                  __/s/ *Barbara A. McAuliffe*__
                                                            UNITED STATES MAGISTRATE JUDGE